NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MERLE RICHARD SCHMIDT,**
*Petitioner.*

---

2014-101

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 1:12-CV-00773-SGB, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Merle Richard Schmidt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s24